FILED
2021 Aug-17  AM 11:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER WIGFALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| vs. | ) | |
| | ) | 2:21-cv-00700-AKK |
| S&B HOLDINGS, INC. f/d/b/a | ) | |
| LOGISTICS MADE SIMPLE, and | ) | |
| FITZMARK, LLC, as successor-in-interest, | ) | |
| | | |
| Defendants. | | |

## NOTICE OF DISMISSAL

Pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(i), plaintiff gives notice that this action is dismissed with prejudice, the parties to bear their own costs and fees. No defendant has filed either an answer to the complaint or a motion for summary judgment.

Respectfully submitted,

s/ Adam M. Porter
Adam M. Porter
Attorney for Plaintiff
Adam M. Porter, LLC
2301 Morris Avenue, Suite 102
Birmingham, Alabama 35203
(205) 322-8999

cc: Counsel for defendants